UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kervin R. Jeanty
_____
Write the full name of each plaintiff.

-against-

See Attached
_____
_____
_____

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

____CV____
(Include case number if one has been assigned)

**COMPLAINT**

Do you want a jury trial?
☒ Yes   ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

[x] Federal Question

[ ] Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Right to: Due Process, Equal Protection (14th Amend)

Right against: Retaliation, Illegal Seizure (1st and 4t Amend.) Conspiracy under 1983, 1985, 1986 to violate my Rights

### B. If you checked Diversity of Citizenship

1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
(Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Kervin     R.     Jeanty
First Name     Middle Initial     Last Name

9 Johnson Street
Street Address

Orange, Newburgh     N.Y.     12550
County, City     State     Zip Code

845-597-3688     KervinJeanty849@Gmail.com
Telephone Number     Email Address (if available)

B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed. *See Attached*

Defendant 1: _____
First Name            Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City            State            Zip Code

Defendant 2: _____
First Name            Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City            State            Zip Code

Defendant 3: _____
First Name            Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City            State            Zip Code

#1. 44 Grand Street Realty Corp.
   5 Cathy Ln
   Dutchess, Hopewell Junction    N.Y.    12553

#2. Ronald Harbolic
   C.E.O
   5 Cathy Ln
   Dutchess, Hopewell Junction   N.Y.   12553

#3. Community Housing Innovations Inc.
   75 S. Broadway, Suite 340
   Westchester, White Plains      N.Y.    10601

#4. Ron Abad
   C.E.O.
   75 S. Broadway, Suite 340
   Westchester, White Plains    N.Y.   10601

#5. Jamal "John Doe #1"
   Supervisor
   44 Grand Street
   Orange, Newburgh      N.Y.    12550

#6. Drea "Jane Doe #2"
   Employee
   44 Grand Street
   Orange, Newburgh      N.Y.   12550

Defendants  PG 2 OF 3

#7. County of Orange
275 Main Street
Orange, Goshen          N.Y.        10924

#8. Sharaf "Jane Doe #3"
Case Worker
3 Washington Place
Orange, Newburgh        N.Y.        12550

#.9 Green "John Doe #4"
Supervisor
3 Washington Place
Orange, Newburgh        N.Y.        12550

#10. City of Newburgh
86 Broadway
Orange, Newburgh        N.Y.        12550

#11. Max Estevez
P.O. # 678
86 Broadway
Orange, Newburgh        N.Y.        12550

#12. Josue Encarnacion
P.O. # 679
86 Broadway
Orange, Newburgh        N.Y.        12550

#13. New York State
      Department of Law
      The Capitol
      Albany, Albany     N.Y.     12224

#14. Daniel F. Martucello III
      Commissioner
      1220 Washington Avenue
      Albany, Albany     N.Y.     12226

#15. Selena Reed
      Parole Officer
      1220 Washington Avenue
      Albany, Albany     N.Y.     12226

Defendant 4:

_____  _____
First Name           Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____  _____  _____
County, City         State                Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: 44 Grand St., Newburgh, N.Y. 12550, and 3 Washington Place, Newburgh N.Y. 12550

Date(s) of occurrence: January 10, 2025 - April 9, 2025

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

On 1/9/25, I was released from prison, and had to apply for Emergency Housing, Food Stamps, and Temporary Assistance/Cash Assistance. Ms. Sharaf did not approve me for Temporary/Cash Assistance between about 1/10/25 - 3/1/25. On or about 3/1/25 I requested a State Fair hearing regarding my cash assistance being denied. On or about 3/10/25 I complained to the Emergency Housing Supervisor Jamal "John Doe #1" regarding a mouse infestation at 44 Grand Street, which caused me to injure my toe. I resided at 44 Grand Street since 1/10/25. On 4/3/25 I was told by Sharaf "Jane Doe #3" that I had to relocate to a open shelter without a private room, and that my room at 44 Grand St, was needed for someone else. I called my parole officer to notify her of the problem, ("Jelena Reed") and she told me to go where DSS sends me. I then called

Page 5

the City of Newburgh Police who arrived and did not offer me any Protections regarding the illegal Eviction, which was also retaliory. on 4/3/25 I went to 9 Johnson St, and then to the hospital. on 4/4/25 between 10AM-11AM I was released from the hospital. on 4/4/25 I went to 9 Johnson St (Newburgh ministry) and was told no Space was Available and to call 311 for weekend Placement, and then report to DSS on Monday 4/7/25. on 4/7/25 Mr. Green "John Doe#4" replaced me at the Newburgh ministry, and then Gave me a 10 day notice of me losing Housing/Emergency Shelter, for not reporting/curfew at Newburgh Ministry 4/4 - 4/6. on 4/8/25 I Filed a Illegal lockout Petition and tried to serve mr. Green "John Doe #4", who then threw the Envelopes at me. when I notified my Parole officer of this, I was told to stop all proceedings and Actions regarding 44 Grand Street. I asked Both Ms. Sharaf "Jane doe #3", and Mr. Green "John Doe#4" For a reasonable accomodation in a room alone, and I was denied.

I reserve the right to edit and or Amend this complaint

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Emotional Distress, Hospitalization

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

$50,000,000.00 Punitive, and Compensatory Damages Loss wages, Future Loss wages

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 4/9/25

Plaintiff's Signature: Kervin Jeanty

First Name: Kervin
Middle Initial: R.
Last Name: Jeanty

Street Address: 9 Johnson St
County, City: Orange, Newburgh
State: N.Y.
Zip Code: 12550

Telephone Number: 845-597-3688
Email Address: KervinJeanty849@gmail.com

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes  ☒ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.