July 22, 2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CLERK'S OFFICE
PRO SE INTAKE UNIT

RE: Jeanty v. Etal, Index# 25-CV-03065

Dear, Whom it may concern

I Kervin Jeanty, have a new address located at:

1289 Route 300

Newburgh, N.Y. 12550

Please send any and all correspondence, to the address above.



Respectfully,

Kervin Jeanty





Kevin Scanty
1289 Route 300
Newburgh, N.Y. 12550

URGENT LEGAL MAIL

PERSONAL AND CONFIDENTIAL

RECEIVED JUL 24 2025 USDC

RECEIVED JUL 24 2025 PRO SE OFFICE

WESTCHESTER NY 105
22 JUL 2025 PM 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CLERKS OFFICE
PRO SE INTAKE UNIT
300 QUARROPAS ST.
WHITE PLAINS, N.Y. 10601