UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KERVIN R. JEANTY,

Plaintiff,

-against-

44 GRAND STREET REALTY CORP.; et al.,

Defendants.

25-CV-3065 (LLS)

ORDER OF DISMISSAL

LOUIS L. STANTON, United States District Judge:

By order dated September 3, 2026, the Court directed Plaintiff to file an amended pleading within 30 days. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an amended pleading. Accordingly, the complaint, filed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915(a)(1), is dismissed for the reasons set forth in the order dated September 3, 2026.

The Court directs the Clerk of Court to enter a civil judgment in this action.

SO ORDERED.

Dated: October 29, 2026
New York, New York

Louis L. Stanton

Louis L. Stanton
U.S.D.J.