UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KERVIN R. JEANTY.,

Plaintiff,

-against-

44 GRAND STREET REALTY CORP.; ET AL.,

Defendants.

25 CIVIL 03065 (LLS)

# JUDGMENT

For the reasons stated in the November 4, 2026, order, the complaint, filed in forma pauperis ("IFP") under 28 U.S.C. § 1915(a)(1), is dismissed for the reasons set forth in the order dated September 3, 2026.

**Dated:** New York, New York
November 12, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**